Hon. W. Lee O'Daniel, May 25, 1939, Page 9.

"... would it be seriously contended that Congress could delegate its legislative authority to trade associations or industrial associations or groups so as to empower them to enact laws they deem to be wise and beneficent for the rehabilitation and expansion of their trade or industries? Could trade or industrial associations or groups be constituted legislative bodies for that purpose because such associations or groups are familiar with the problems of their enterprises? ... The answer is obvious. Such a delegation of legislative power is unknown to our law and is utterly inconsistent with the constitutional prerogatives and duties of Congress."

See also Carter v. Carter Coal Co., 298 U. S. 238, 80 L. Ed. 1160, at p. 1189, wherein the Court says:

"The power conferred upon the majority is, in effect, the power to regulate the affairs of an unwilling minority. This is legislative delegation in its most obnoxious form; for it is not even delegation to an official or any official body, presumptively disinterested, but to private persons whose interests may be and often are adverse to the interests of others in the same business..."

These authorities are applicable to our State Constitution, for all the Constitution, state and Federal, in the United States, provide for the separation of the powers of government into legislative, judicial, and executive branches, and against the delegation or abandonment of the powers confided to any of those branches.

Authorities supporting this view might be multiplied indefinitely, but we will content ourselves with the citation of Texas decisions supporting this proposition of constitutional law. See State v. Swisher, 17 Tex. 441; Ex parte Mitchell, 177 S. W. 953; Lyle v. State, 193 S. W. 680; Ex parte Farnsworth, 135 S. W. 535. This question was discussed and the authorities were reviewed in our opinion No. O-489, rendered March 16, 1939,



Hon. W. Lee O'Daniel, May 25, 1939, Page 10.

relative to the constitutionality of House Bill No. 247, concerning the attempted legalization of horse racing by local option.

Respectfully submitted

ATTORNEY GENERAL OF TEXAS

By *R W Fairchild*

R. W. Fairchild
Assistant

RWF:PBP

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY *Rmc*
CHAIRMAN